## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: December 8, 1999

GUISEPPE PANDOLFI DE RINALDIS

    Plaintiffs

v.

CIVIL NO. 97-2699 (DRD)

ANGIE VARELA, et al.

    Defendants

**BY ORDER OF THE COURT**, at request of plaintiff, the Status Conference scheduled for today is re-set for **January 25, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Jorge Ortíz Brunet, Esq.
Pedro Soto Ríos, Esq.
Esther Castro, Esq.
Frank Gotay, Esq.