UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: March 2, 2000 |

**CIVIL NO. 97-2699 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================

| | |
|---|---|
| GIUSEPPI PANDOLFI-DE RINALDIS | ATTORNEYS: John MUDD |
| Plaintiffs | |
| v. | |
| ANGEL VARELA LLAVONA, | Ramonita PEREZ DE GOTAY |
| et al. | Roberto RUIZ COMAS |
| | Mayra MALDONADO |
| Defendants | Esther CASTRO SCHMIDTH |

===================================================================

FURTHER STATUS CONFERENCE is held in chambers. Settlement has not yet materialized. Attorney Godoy sent a letter to the Department of Justice with a settlement offer and is waiting for their response.

The parties inform they are in the process of taking depositions in order to file dispositive motions. The Court grants the parties until **July 31, 2000** to complete discovery, but will **not** allow the filing of dispositive motions. This is the third extension granted by the Court to complete discovery. **There will be no further extensions.**

Pretrial Conference will be held on **August 1, 2000 at 9:00 A.M.** Each party will submit on said date special voir dire, proposed jury instructions and a short summary of what the case is about.

Jury Trial is set for **August 8, 2000 at 9:00 A.M.** The Court strongly urges counsel to engage in meaningful settlement negotiations.

s/c: Counsel of Record                                    COURTROOM DEPUTY