UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Randalfi de Rinaldis      CIVIL NO. 97-2699 (DRD)

v.

Defendant(s) Varela Llavona

| MOTION | ORDER |
|---|---|
| Docket entry no. 60 | ☒ GRANTED. |
| Date: Feb /24/2000 | ☐ DENIED. |
| Title: Motion for withdrawal of legal representation | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 APR 12 AM 8:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 4/11/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

63