**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                      DATE: August 15, 2000
**CIVIL NO. 97-2699 (DRD)**
LAW CLERK: Nathan J. Schulte

======================================================================

GUISEPPE PANDOLFI DE RINALDIS          Attorneys: John E. Mudd
   Plaintiff
   v.
ANGIE VARELA VALLONA, et al.                    Pedro Soto Rios
   Defendants                                   Esther Castro Schmidt
                                      Frank Gotay

---

A FURTHER STATUS CONFERENCE was convened. The parties informed the Court

that they are in the final stages of effectuating a settlement of the entire case requiring only one

final consultation with the Plaintiff's spouse.

P.\KAREN\MINUTES\97-2699C.MEM
s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**