# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**GUISEPPE PANDOLFI RINALDIS,**

|  |  |
|---|---|
| **v.** | **Civ. No.: 97-2699(DRD)** |

**ANGIE VARELA LLAVONA, et al.**

## ORDER

Pending before the Court is the Parties' Stipulation for Dismissal With Prejudice.  (Docket No. 70).  The Court took notice *sua sponte* that an Order and Judgment dismissing the above captioned case on September 29, 2000, was erroneously issued with the incorrect case number and therefore, this case remained open.  Pursuant to the motion and FED. R. CIV. P. 41(a)(1) the Court hereby **DISMISSES** all claims by Plaintiff against Defendants **WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

**Date: January 23, 2001**

RECEIVED AND FILED
01 FEB 13 AM 8:37
U.S. CLERK'S OFFICE
SAN JUAN, P.R.