UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUISEPPE PANDOLFI RINALDIS,

v.                                                          Civ. No.: 97-2699(DRD)

ANGIE VARELA LLAVONA, et. al.

### JUDGMENT

In accordance with the Order of this same date, the Court hereby enters judgment **DISMISSING** this action against Defendants **WITH PREJUDICE**, each party bearing their own costs and attorney's fees.

IT IS SO ADJUDGED AND DECREED.

Date: January 23, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

P \PeachOrders\97-1699 wpd

Rec'd:          EOD:

By: ___  # 72

