UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) GIUSEPPE PANDOLFI DE RINALDIS,

v.

Defendant(s) ANGIE VARELA ET AL..

CIVIL NO. 97-2699(DRD)

*RECEIVED AND FILED 01 MAR 27 AM 7:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket entries no. 75. | ☒ GRANTED. |
| Date: February 6, 2001. | ☐ DENIED. |
| Title: Motion Requesting Withdrawal of Funds. | ☐ MOOT. |
| | ☐ NOTED. |

*The request is granted. The monies deposited may be withdrawn plus interest less fees.*

IT IS SO ORDERED.

Date: MARCH 24, 2001.

/s/ Daniel R. Dominguez

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**