UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Guiseppe Pandolfi de Rinaldis_   CIVIL NO. _97-2699_ (DRD)

v.

Defendant(s) _Angie Varela, et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. _76_ | ☑ GRANTED. |
| Date: _March 16, 01_ | ☐ DENIED. |
| Title: _Motion Requesting Leave to Withdraw Legal Representation_ | ☐ MOOT. |
| | ☐ NOTED. |
| Attorneys Pedro Soto Rios and Frank Maldonado Colón will no longer represent co-defendant Belarmina Morales. Co-defendant Morales is granted (45) days from receipt of this Order to acquire and appear with new legal representation. All future | filings or notices are to be sent to: Salvador Antonetti Stutts, Esq. Director, Federal Litigation Div'n Department of Justice P.O. Box 9020192 San Juan, P.R. 00902-0192 |

RECEIVED AND FILED
01 APR 10 AM 7:35
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: _April 16, 2001_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Soto

79